**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) CR13-08021-001-PCT-MEA |
| vs. | ) **ORDER** |
| Tommie Lee Spencer, Jr., | ) |
| Defendant. | ) |

The defendant appeared in court and admitted to violating his conditions of supervised released as alleged in Paragraphs A(1) and B of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED, that in addition to any time previously served in this matter, the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **ONE HUNDRED (100) DAYS.**

IT IS FURTHER ORDERED that Paragraph A(2) is DISMISSED.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail.

DATED this 30th day of June, 2014.

_____
Mark E. Aspey
United States Magistrate Judge